IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MISC NO. 3:06 mc 3303 |
| | ) | |
| MOSES LAMPKIN, | ) | |
| | ) | |
| Defendant, | ) | |

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose
and say as follows:

1.  I am an Assistant United States Attorney and represent the
United States of America, Plaintiff, herein.

2.  Judgment was entered on October 20, 1992, for Plaintiff
and against Defendant for the sum of $6,128.00, and costs.

3.  Defendant, MOSES LAMPKIN, resides at 706 Laslie Street,
Tuskegee, Alabama 36083, within the jurisdiction of this Court.

4.  The Judgment has not been satisfied, vacated, reversed, or
barred by the Statute of Limitations, and is one on which execution
may properly issue.

5.  The balance due on the Judgment as of May 9, 2006, is $5,878.00.

LEURA G. CANARY
United States Attorney

By
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:  rand.neeley@usdoj.gov

Sworn to and subscribed before

me this ___10th___ day of __May__, 2006.

_____
NOTARY PUBLIC