IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06mc3303 |
| | ) | |
| MOSES LAMPKIN, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**
**NOTICE OF DATE CHANGE**

For good cause, it is

It is ORDERED that the defendant shall appear at 10:00 a.m. on the **21st day of June, 2006** in Courtroom 5A.

DONE this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE