**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**



**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED

2006 MAY 11  A 8: 36

DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Misc No.   3:06mc3303 |
| DEFENDANT<br>Moses Lampkin | TYPE OF PROCESS<br>Motion Order, Affidavit, App. Order |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Moses Lampkin

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

706 Laslie Street, Tuskegee, Alabama 36083

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| United States of America<br>Attn: M. Tunnell<br>Post Office Box 197<br>Montgomery, Alabama 36101 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

Phone: 334-444-4619

| Signature of Attorney other Originator requesting service on behalf of: | ✓ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>334-223-7280 | DATE<br>5/10/06 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>H. Chavers | Date<br>5/15/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

RETURNED AND FILED

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)*<br><br>MAY 2 2 2006<br><br>CLERK<br>U. S. DISTRICT COURT<br>MIDDLE DIST. OF ALA. | Date 5/19/06 | Time 9:30 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>C. J. Tatom |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | $17.80 | 0 | $62.80 | 0 | $62.80 |

REMARKS:
40 Miles, 1 hr
Home phone #(334) 444 4619

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00